# United States Court of Appeals
## For the First Circuit

No. 15-1987

SIOBHAN WALSH,

Plaintiff, Appellant,

v.

TELTECH SYSTEMS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2016, is amended as follows:

Page 5, Line 19: "disgorgements" is replaced with "disgorgement"